# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: | MDL DOCKET NO. 1724 |
| VIAGRA PRODUCTS LIABILITY LITIGATION | Judge Paul A. Magnuson |

This document relates to:

| | |
|---|---|
| John A. Stewart, | Case No. 08-CV-0366 (PAM) |
| v. | |
| Pfizer Inc, et al. | **ORDER OF DISMISSAL WITH PREJUDICE** |

Upon due consideration of the following Motion to Dismiss,

**IT IS HEREBY ORDERED** that the above captioned claim is dismissed with prejudice.

Dated: December 15, 2009

                                    *s/Paul A. Magnuson*
                                    Paul A. Magnuson
                                    United States Senior District Judge